IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JIMMIE CALVIN ANDERSON,        )
                               )
        Plaintiff,              )
                               )
    v.                         )    1:24-cv-877
                               )
BRIAN COCKERHAM,               )
                               )
        Defendant.              )

## ORDER

On July 8, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 3, 4.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 3), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 6th day of August, 2025.

_____
United States District Judge